UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05- 761 (JAP) |
| v. | : | |
| ISMAEL A. PANTOJA,<br>a/k/a "El Negro,"<br>and<br>JOSE VASQUEZ | :<br>:<br>:<br>: | 21 U.S.C. § 846<br><br>INDICTMENT |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

From at least in or about November 1998, through at least in or about June 1, 2005, in Bergen County, in the District of New Jersey, and elsewhere, defendants

ISMAEL A. PANTOJA
a/k/a "El Negro,"
and
JOSE VASQUEZ

did knowingly and intentionally conspire and agree with one another and with others to distribute and to possess with intent to distribute five kilograms or more of cocaine, a Schedule II narcotic drug controlled substance, and one kilogram or more of heroin, a Schedule I narcotic drug controlled substance, contrary to Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

*[signature]*
CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

| CASE NUMBER: | United States District Court<br>District of New Jersey | UNITED STATES OF AMERICA<br><br>v.<br><br>ISMAEL A. PANTOJA,<br>a/k/a "El Negro,"<br>and<br>JOSE VASQUEZ | INDICTMENT FOR<br><br>21 U.S.C. § 846 | A True Bill,<br><br><br>Foreperson | CHRISTOPHER J. CHRISTIE<br>*U.S. ATTORNEY*<br>*NEWARK, NEW JERSEY*<br><br>MARGARET ANN MAHONEY<br>*ASSISTANT U.S. ATTORNEY*<br>*973-645-2761* |
|---|---|---|---|---|---|